ERIC GRANT
United States Attorney
JUSTIN J. GILIO
ELISA M. RODRIGUEZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN COMPARAN-GUZMAN, and<br>HECTOR GOMEZ,<br><br>Defendants. | CASE NO. 1:20-CR-00175-TLN-EPG<br><br>STIPULATION AND APPLICATION FOR FINAL ORDER OF FORFEITURE |

IT IS HEREBY STIPULATED, by and between plaintiff United States of America and petitioner Ricardo N. Muro (hereinafter "Muro" or "petitioner"), individually and as owner of U Own It Auto Sales LLC to compromise their interest in the Approximately $14,840.00 in U.S. Currency, and to consent to the entry of Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a).

1. The United States hereby incorporates by reference, as though fully set forth herein, all of its averments contained in its Applications for Preliminary Order of Forfeiture and Publication Thereof regarding Juan Comparan-Guzman filed on December 12, 2023, and regarding Hector Gomez filed on April 9, 2024.

2. On December 13, 2023, and on or about April 12, 2024, respectfully, the Court entered Preliminary Orders of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Juan Comparan-Guzman and Hector Gomez in the following property:

a. Approximately $14,840.00 in U.S. Currency.

3. Pursuant to 21 U.S.C. § 853 (n) and Local Rule 171, third parties asserting a legal interest in the above-listed forfeited property are entitled to a judicial determination of the validity of the legal claims or interest they assert.

4. Beginning on January 19, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Juan Comparan-Guzman on the official internet government forfeiture site www.forfeiture.gov. Beginning on May 3, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Hector Gomez on the official internet government forfeiture site www.forfeiture.gov. Said published notices advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. Declarations of Publication were filed on February 21, 2024, and June 10, 2024.

5. The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

a. U Own It Auto Sales: A notice letter was sent via certified mail to U Own It Auto Sales at 6311 Military Avenue, Omaha, NE 68104 on January 22, 2024. The PS Form 3811 (certified mail "green card" showing delivery of mail) was returned to the U.S. Attorney's Office unsigned. The USPS.com Tracking Results confirm the notice letter was delivered on February 8, 2024.

b. James J. Regan, Esq.: A notice letter was sent via certified mail to James J. Regan, Esq., attorney for Ricardo N. Muro at Benson Law Center, 6035 Binney Street, Omaha, NE 68104 on January 22, 2024. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Emily Kraft on February 6, 2024.

6. On or about March 6, 2024, Ricardo N. Muro, individually and as owner of U Own It Auto Sales LLC, filed a timely *pro se* petition alleging an interest in the Approximately $14,840.00 in U.S. Currency. No other third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

///

///

///

///

7. The parties herby stipulate that Ricardo N. Muro, individually and as owner of U Own It Auto Sales LLC, has a legal right, title, or interest to $1,000.00 of the Approximately $14,840.00 in U.S. Currency, and such right, title, or interest requires the Court to amend the Preliminary Orders of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for such interest because it vested in them rather than defendants Juan Comparan-Guzman and Hector Gomez at the time the commission of the acts which gave rise to the forfeiture of currency. See 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c) (incorporating 21 U.S.C. § 853(n)). The parties further stipulate, however, that defendants Juan Comparan-Guzman and Hector Gomez have ownership interests in the asset and the Preliminary Orders of Forfeiture remain valid to the extent they order the forfeiture of their interests.

8. Petitioner Ricardo N. Muro enters into this agreement without any admission of guilt, liability, or culpability of a violation of any federal statute.

9. Petitioner Ricardo N. Muro, individually and as owner of U Own It Auto Sales LLC, hereby releases plaintiff United States and its servants, agents, employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the forfeiture of the above-listed asset. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture and sale, as well as to those now known or disclosed. The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

10. Petitioner Ricardo N. Muro, individually and as owner of U Own It Auto Sales LLC, expressly agrees to withdraw the petition for remission/mitigation dated July 20, 2020, in full consideration and satisfaction of the terms of this stipulation and waives any right to further litigate his ownership or any equitable interest in the above-listed asset.

///

///

///

11. All parties are to bear their own costs and attorneys' fees, if any.

Dated: September 11, 2026

ERIC GRANT
United States Attorney

By: /s/ Elisa M. Rodriguez
ELISA M. RODRIGUEZ
Assistant U.S. Attorney

Dated:

/s/ Ricardo N. Muro
RICARDO N. MURO, individually,
and as Owner of U Own It Auto Sales LLC
Petitioner, appearing *in propria persona*
(Original signature retained by attorney)

**ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulation Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement.

Accordingly, it is hereby ORDERED and ADJUDICATED:

1. A Final Order of Forfeiture shall be entered forfeiting to the Unites States of America all right, title, and interest in the below-listed assets, pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Juan Comparan-Guzman, Hector Gomez, Ricardo N. Muro, and U Own It Auto Sales.

2. All right, title, and interest in the below-listed asset, shall vest solely in the name of the United States of America:

a. Approximately $13,840.00 of the $14,840.00 in U.S. Currency, plus all accrued interest.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it disposed of according to the law.

4. Within sixty (60) days from the entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return $1,000.00 of the Approximately $14,840.00 in U.S. Currency to petitioner Ricardo N. Muro.

SO ORDERED this 14th day of September, 2026.

Troy L. Nunley
Chief United States District Judge